1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9
10

| KEVIN A. STANFIELD, | CASE NO. 20-cv-6209-RJB |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| STATE OF WASHINGTON, | |
| Defendant. | |

THIS MATTER comes before the Court on the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge. No objections to the report and recommendation have been filed. The Court has considered the record and does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is DENIED;

ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS - 1

1  (3) Any amendment of the Complaint would be futile, so the Court declines to allow

2  plaintiff to submit the filing fee and attempt to file either this Complaint or an

3  amended complaint; and

4  (4) The Clerk is directed to send copies of this Order to plaintiff.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 15th day of March, 2021.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge